# Exhibit A

Plaintiff's March 4, 2026 Debt Dispute Letter to I.C. System

# BENJAMIN D. TARVER

March 4, 2026

I.C. System, Inc.
P.O. Box 64378
St. Paul, MN 55164-0378

Re: Dispute of Alleged Account – Ref. No. 412167085-1-59

To Whom It May Concern:

I am writing to formally dispute the alleged debt referenced above. I do not owe this balance, and your information is inaccurate. The account you are attempting to collect is time-barred, unsupported, and based on charges that were never authorized, renewed, or valid under any applicable contract or law.

This letter serves as notice of full dispute under the Fair Debt Collection Practices Act. You are required to cease all collection activity until you provide proper validation. You are also prohibited from reporting this disputed, time-barred, and unverified account to any consumer reporting agency. Any attempt to furnish this information to a credit bureau would constitute the knowing reporting of inaccurate information and a violation of the FDCPA and FCRA.

To be clear:

- I dispute this debt in its entirety.
- I do not authorize any further contact beyond written correspondence.
- You are not permitted to report this account to any credit bureau.
- If you have already done so, you must remove it immediately.

If you cannot validate this alleged debt with proper documentation—not screenshots, not internal notes, not a balance summary—then you must close your file and cease all further communication.

Sincerely,

Benjamin D. Tarver

101 Lake Ave #1706
Orlando, FL 32801
bentarverflorida@gmail.com

I.C. System Inc.
P.O. BOX 64378
ST. PAUL, MN 55164-0378
800-279-9525 Mon - Fri 8:00 AM - 4:30 PM CT
https://www.icsystem.com/consumer

**To:** BENJAMIN DERAY TARVER

████████████████████

**I.C. System Reference No.:** 412167085-1-59
**Account No.:** 30655

01/30/2026

**I.C. System, Inc. is a debt collector.** We are trying to collect a debt that you owe to Mailbox Forwarding, Inc.. We will use any information you give us to help collect the debt.

## Our information shows:

Mailbox Forwarding, Inc., has placed your past due balance for account number 30655 in our office. Mailbox Forwarding, Inc. is both the original and current creditor to whom this debt is owed.

| | |
|---|---|
| As of 9/20/2025 you owed: | $7,509.80 |
| Between 9/20/2025 and today: | |
| You were charged this amount of interest: + | $0.00 |
| You were charged this amount in fees: + | $0.00 |
| You paid or were credited this amount toward the debt: - | $0.00 |
| **Total amount of the debt now:** | **$7,509.80** |

## How can you dispute the debt?

Call or write to us by 3/10/2026, to dispute all or part of the debt. If you do not, we will assume that our information is correct.

If you write to us by 3/10/2026, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at https://www.icsystem.com/consumer.

## What else can you do?

Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by 3/10/2026, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such disputes electronically at https://www.icsystem.com/consumer.

Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.

Contact us about your payment options.

Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

The name and address of the original creditor is:
Mailbox Forwarding, Inc.
2885 SANFORD AVE SW
GRANDVILLE MI 49418

185058-T09-510-329571407-System-2233