# Exhibit B

I.C. System's March 17, 2026 Response to Plaintiff's Debt Dispute

 **System**

**ACCOUNT SUMMARY**

| | |
|---|---|
| **Creditor:** | Mailbox Forwarding, Inc. |
| **Account No.:** | 30655 |
| **I.C. System Reference No.:** | 412167085-1-59 |

# COMMUNICATIONS ARE CEASED

**BALANCE DUE:** $7,509.80

3/17/2026

Benjamin Deray Tarver:

We will honor your request that I.C. System cease communication with you regarding the debt specified in the Account Summary. We are terminating further collection efforts and will not communicate with you again unless you contact us and request us to do so.

Mailbox Forwarding, Inc. is both the original and current creditor to whom this debt is owed.

I.C. System sends a weekly electronic file to credit reporting agencies listing debts that are unresolved and unpaid 45 days after I.C. System began its collection efforts. You have the right to inspect your credit file in accordance with federal law.

Your dispute has been noted and information verifying the debt is attached to this letter.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

This does not contain a complete list of the rights consumers have under Federal, State, or Local laws.

I.C. System, Inc.|444 Highway 96 East, PO Box 64378, St. Paul MN 55164-0378

1514418-T01-041-330343566-51017-0

🔘 Call Toll-Free at 800-279-9525

## MAILBOX FORWARDING

INVOICE

Benjamin Deray Tarver
101 Lake Ave Apt 1706
Orlando, FL 32801-3026

09/20/2025

Mailbox: #30655

2885 Sanford Ave SW
Grandville, MI 49418

Notes: This account was opened on 09/20/2014 and signed up for our $39.95/mo plan. On 10/20/2020, the monthly charge to their card on file (a Visa ending in ▮▮▮▮ failed, and despite multiple reminder emails, the customer never updated their card. However, they also never canceled their account, so the account has remained open ever since. We are trying to collect the monthly bills, as well as bills for long-term storage of envelopes ($0.10/envelope/day) received and stored for this account as listed below, per our standard pricing.

| Date | Description | Quantity | Unit Price | Cost |
|---|---|---|---|---|
| 09/20/2025 | Monthly Plan | 1 | $39.95 | $39.95 |
| 09/20/2025 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 08/20/2025 | Monthly Plan | 1 | $39.95 | $39.95 |
| 08/20/2025 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 07/20/2025 | Monthly Plan | 1 | $39.95 | $39.95 |
| 07/20/2025 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 06/20/2025 | Monthly Plan | 1 | $39.95 | $39.95 |
| 06/20/2025 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 05/20/2025 | Monthly Plan | 1 | $39.95 | $39.95 |
| 05/20/2025 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 04/20/2025 | Monthly Plan | 1 | $39.95 | $39.95 |
| 04/20/2025 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 03/20/2025 | Monthly Plan | 1 | $39.95 | $39.95 |
| 03/20/2025 | Storage - Envelopes | 784 | $0.10 | $78.40 |
| 02/20/2025 | Monthly Plan | 1 | $39.95 | $39.95 |
| 02/20/2025 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 01/20/2025 | Monthly Plan | 1 | $39.95 | $39.95 |
| 01/20/2025 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 12/20/2024 | Monthly Plan | 1 | $39.95 | $39.95 |
| 12/20/2024 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 11/20/2024 | Monthly Plan | 1 | $39.95 | $39.95 |
| 11/20/2024 | Storage - Envelopes | 868 | $0.10 | $86.80 |

1

| Date | Description | Quantity | Unit Price | Cost |
|---|---|---|---|---|
| 10/20/2024 | Monthly Plan | 1 | $39.95 | $39.95 |
| 10/20/2024 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 09/20/2024 | Monthly Plan | 1 | $39.95 | $39.95 |
| 09/20/2024 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 08/20/2024 | Monthly Plan | 1 | $39.95 | $39.95 |
| 08/20/2024 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 07/20/2024 | Monthly Plan | 1 | $39.95 | $39.95 |
| 07/20/2024 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 06/20/2024 | Monthly Plan | 1 | $39.95 | $39.95 |
| 06/20/2024 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 05/20/2024 | Monthly Plan | 1 | $39.95 | $39.95 |
| 05/20/2024 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 04/20/2024 | Monthly Plan | 1 | $39.95 | $39.95 |
| 04/20/2024 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 03/20/2024 | Monthly Plan | 1 | $39.95 | $39.95 |
| 03/20/2024 | Storage - Envelopes | 812 | $0.10 | $81.20 |
| 02/20/2024 | Monthly Plan | 1 | $39.95 | $39.95 |
| 02/20/2024 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 01/20/2024 | Monthly Plan | 1 | $39.95 | $39.95 |
| 01/20/2024 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 12/20/2023 | Monthly Plan | 1 | $39.95 | $39.95 |
| 12/20/2023 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 11/20/2023 | Monthly Plan | 1 | $39.95 | $39.95 |
| 11/20/2023 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 10/20/2023 | Monthly Plan | 1 | $39.95 | $39.95 |
| 10/20/2023 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 09/20/2023 | Monthly Plan | 1 | $39.95 | $39.95 |
| 09/20/2023 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 08/20/2023 | Monthly Plan | 1 | $39.95 | $39.95 |
| 08/20/2023 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 07/20/2023 | Monthly Plan | 1 | $39.95 | $39.95 |
| 07/20/2023 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 06/20/2023 | Monthly Plan | 1 | $39.95 | $39.95 |

| Date | Description | Quantity | Unit Price | Cost |
|---|---|---|---|---|
| 06/20/2023 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 05/20/2023 | Monthly Plan | 1 | $39.95 | $39.95 |
| 05/20/2023 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 04/20/2023 | Monthly Plan | 1 | $39.95 | $39.95 |
| 04/20/2023 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 03/20/2023 | Monthly Plan | 1 | $39.95 | $39.95 |
| 03/20/2023 | Storage - Envelopes | 784 | $0.10 | $78.40 |
| 02/20/2023 | Monthly Plan | 1 | $39.95 | $39.95 |
| 02/20/2023 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 01/20/2023 | Monthly Plan | 1 | $39.95 | $39.95 |
| 01/20/2023 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 12/20/2022 | Monthly Plan | 1 | $39.95 | $39.95 |
| 12/20/2022 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 11/20/2022 | Monthly Plan | 1 | $39.95 | $39.95 |
| 11/20/2022 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 10/20/2022 | Monthly Plan | 1 | $39.95 | $39.95 |
| 10/20/2022 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 09/20/2022 | Monthly Plan | 1 | $39.95 | $39.95 |
| 09/20/2022 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 08/20/2022 | Monthly Plan | 1 | $39.95 | $39.95 |
| 08/20/2022 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 07/20/2022 | Monthly Plan | 1 | $39.95 | $39.95 |
| 07/20/2022 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 06/20/2022 | Monthly Plan | 1 | $39.95 | $39.95 |
| 06/20/2022 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 05/20/2022 | Monthly Plan | 1 | $39.95 | $39.95 |
| 05/20/2022 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 04/20/2022 | Monthly Plan | 1 | $39.95 | $39.95 |
| 04/20/2022 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 03/20/2022 | Monthly Plan | 1 | $39.95 | $39.95 |
| 03/20/2022 | Storage - Envelopes | 784 | $0.10 | $78.40 |
| 02/20/2022 | Monthly Plan | 1 | $39.95 | $39.95 |
| 02/20/2022 | Storage - Envelopes | 868 | $0.10 | $86.80 |

3

| Date | Description | Quantity | Unit Price | Cost |
|------|-------------|----------|-----------|------|
| 01/20/2022 | Monthly Plan | 1 | $39.95 | $39.95 |
| 01/20/2022 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 12/20/2021 | Monthly Plan | 1 | $39.95 | $39.95 |
| 12/20/2021 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 11/20/2021 | Monthly Plan | 1 | $39.95 | $39.95 |
| 11/20/2021 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 10/20/2021 | Monthly Plan | 1 | $39.95 | $39.95 |
| 10/20/2021 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 09/20/2021 | Monthly Plan | 1 | $39.95 | $39.95 |
| 09/20/2021 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 08/20/2021 | Monthly Plan | 1 | $39.95 | $39.95 |
| 08/20/2021 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 07/20/2021 | Monthly Plan | 1 | $39.95 | $39.95 |
| 07/20/2021 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 06/20/2021 | Monthly Plan | 1 | $39.95 | $39.95 |
| 06/20/2021 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 05/20/2021 | Monthly Plan | 1 | $39.95 | $39.95 |
| 05/20/2021 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 04/20/2021 | Monthly Plan | 1 | $39.95 | $39.95 |
| 04/20/2021 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 03/20/2021 | Monthly Plan | 1 | $39.95 | $39.95 |
| 03/20/2021 | Storage - Envelopes | 784 | $0.10 | $78.40 |
| 02/20/2021 | Monthly Plan | 1 | $39.95 | $39.95 |
| 02/20/2021 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 01/20/2021 | Monthly Plan | 1 | $39.95 | $39.95 |
| 01/20/2021 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 12/20/2020 | Monthly Plan | 1 | $39.95 | $39.95 |
| 12/20/2020 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| 11/20/2020 | Monthly Plan | 1 | $39.95 | $39.95 |
| 11/20/2020 | Storage - Envelopes | 868 | $0.10 | $86.80 |
| 10/20/2020 | Monthly Plan | 1 | $39.95 | $39.95 |
| 10/20/2020 | Storage - Envelopes | 840 | $0.10 | $84.00 |
| | | | Total | $7,509.80 |

4

United States Postal Service®
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

1 Date 9/20/14

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship, (2) the transfer of mail to another address is the responsibility of the addressee and the agent, (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails, (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail, and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

NOTE: The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

2 Name in Which Applicant's Mail Will Be Received for Delivery to Agent (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)

Benjamin Tarver

3a Address to be Used for Delivery (Include PMB or # sign)

2885 Sanford Ave SW # 30655

3b City
Grandville

3c State  MI
3d ZIP + 4  49418

4 Applicant authorizes delivery to and in care of

a Name
Mailbox Forwarding, Inc.

b Address (No. street, apt./ste. no.)  2885 Sanford Ave SW #10001

c City
Grandville

d State  MI
e ZIP + 4  49418

6 Name of Applicant  Benjamin Tarver

5 This authorization is extended to include restricted delivery mail for the undersigned(s)

Benjamin Tarver

7a App [redacted]
7b City [redacted]
7e App [redacted]
9 Nam [redacted]

8 Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification.

a  Drivers License

b  Vehicle Registration

10a Business Address (No., street, apt./ste. no.)

10b City

10c State  10d ZIP + 4

Acceptable identification includes: valid driver's license or state non-driver's identification card, armed forces, government, university or recognized corporate identification card, passport, alien registration card or certificate of naturalization, current lease, mortgage or Deed of Trust, voter or vehicle registration card, or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification.

10e Business Telephone Number (Include area code)

11 Type of Business  .

12 If applicant is a firm, name each member whose mail is to be delivered (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)

N/A

13. If a CORPORATION, Give Names and Addresses of Its Officers

N/A

14 If business name (corporation or trade name) has been registered, give name of county and state, and date of registration

N/A

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties)

15 Signature of Agent/Notary Public  My COMMISSION EXPIRES 10-02-2017

16 Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.)

PS Form 1583, December 2004 (Page 1 of 2) (7530-01-000-9365)

This form on Internet at www.usps.com