# Exhibit C

Experian Consumer Credit Report Reflecting I.C. System Collection Account
(May 2026)

Annual Credit Report - Experian

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Sep 2024** | **$0** | **$0** | **$0 on 6/6/2024** |
| **Aug 2024** | **$0** | **$0** | **$0 on 6/6/2024** |
| **Jul 2024** | **$0** | **$0** | **$0 on 6/6/2024** |
| **Jun 2024** | **$0** | **$0** | **$25 on 6/6/2024** |
| **May 2024** | **$25** | **$25** | **$25 on 5/6/2024** |

## Additional info

Between May 2024 and May 2025, your credit limit/high balance was $1,000



## Contact Info

| | |
|---|---|
| **Address** | PO BOX 1070, WEST CHESTER OH 45071 |
| **Phone Number** | (800) 768-9897 |



## Comment

### Current:

Account closed at credit grantor's request.

### Previous:

None

# I.C. SYSTEM, INC

## POTENTIALLY NEGATIVE



## Account Info

| | |
|---|---|
| **Account Name** | I.C. SYSTEM, INC |
| **Account Number** | 189303XXX |
| **Account Type** | Collection |
| **Responsibility** | Individual |
| **Interest Type** | - |
| **Date Opened** | 01/27/2026 |
| **Status** | Collection account. $7,509 past due as of Apr 2026. |
| **Status Updated** | Jan 2026 |

| | |
|---|---|
| Balance | $7,509 |
| Balance Updated | 04/26/2026 |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $7,509 |
| Highest Balance | - |
| Terms | 1 Month |
| On Record Until | Jun 2032 |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | — | — | — | C | — | — | — | — | — | — | — | — |

C    Collection

**Payment history guide**

Collection as of Apr 2026

This account is scheduled to continue on record until Jun 2032.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2026 | $7,509 | $0 | $0 |

**Additional info**

The original amount of this account was $7,509

## Historical Info

| | |
|---|---|
| Original Creditor | MAILBOX FORWARDING INC. |

## ✉ Contact Info

| | |
|---|---|
| Address | PO BOX 64378, SAINT PAUL MN 55164 |
| Phone Number | (844) 789-2126 |

## Comment

**Current:**

Account information disputed by consumer (Meets requirement
of the Fair Credit Reporting Act).

**Previous:**

·

None