# Exhibit D

TransUnion Consumer Credit Report Reflecting I.C. System Collection
Account (May 2026)

| September 2025 | October 2025 | November 2025 | December 2025 | January 2026 |
|---|---|---|---|---|
| **Balance** $3,817 | **Balance** $3,952 | **Balance** $3,952 | **Balance** $3,952 | **Balance** $3,952 |
| **Past Due** $862 | **Past Due** $3,952 | **Past Due** $3,952 | **Past Due** $3,952 | **Past Due** $3,952 |
| **Amount Paid** $0 | **Amount Paid** $0 | **Amount Paid** $0 | **Amount Paid** $0 | **Amount Paid** $0 |
| **Scheduled Payment** $167 | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** CBG | **Remarks** CBG/>PRL< | **Remarks** CBG/>PRL< | **Remarks** CBG/>PRL< | **Remarks** CBG/>PRL< |
| Rating 120 | Rating C/O | Rating C/O | Rating C/O | Rating C/O |

| February 2026 | March 2026 |
|---|---|
| **Balance** $3,952 | ` **Balance** $3,952 |
| **Past Due** $3,952 | **Past Due** $3,952 |
| **Amount Paid** $0 | **Amount Paid** $0 |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** CBG/>PRL< | **Remarks** CBG/>PRL< |
| Rating C/O | Rating C/O |

Total Months: 27

**I C SYSTEM COLLECTIONS    18930\*\*\*\***

**Account Information**

| | |
|---|---|
| Address | PO BOX 64378 SAINT PAUL, MN 55164-0378 |
| Phone | |
| Date Opened | 01/27/2026 |
| Responsibility | Individual Account |
| Account Type | Open Account |
| Loan Type | COLLECTION AGENCY/ATTORNEY |
| Balance | $7,509 |
| Date Updated | 04/26/2026 |
| High Balance | $7,509 |
| Original Creditor | MAILBOX FORWARDING INC |
| Pay Status | >Collection< |
| Estimated month and year this item will be removed | 08/2032 |
| Remarks | Account information disputed by consumer (FCRA); >PLACED FOR COLLECTION< |

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled.

Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

| Account Name |
|---|
| AMERICAN HONDA FINANCE    47096**** |

**Account Information**

| | |
|---|---|
| Address | PO BOX 168128 IRVING, TX 75016 |
| Phone | 800-543-5636 |