# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BENJAMIN D. TARVER,**

    **Plaintiff,**

**v.**                                      **Case No. 6:26-cv-01290-JSS-NWH**

**I.C. SYSTEM, INC.,**

    **Defendant.**

_____/

### Defendant's Answer and Affirmative Defenses

COMES NOW, Defendant I.C. System, Inc., by and through the undersigned counsel and files this Answer and Affirmative Defenses to the Complaint, and states:

1. Denied.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

9. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

10. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

11. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

12. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

13. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

14. Admitted.

15. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

16. Admitted.

17. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

18. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

19. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

20. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

21. Admitted.

22. Admitted.

23. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

24. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

25. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

26. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

27. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

28. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

29. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

30. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

31. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

32. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

33. Denied.

34. Defendant realleges its responses to Paragraphs 14 through 24 as though fully stated herein.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Defendant realleges its responses to Paragraphs 19 through 28 as though fully stated herein.

42. Denied.

43. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

44. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

45. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

46. Denied.

47. Denied.

48. Defendant realleges its responses to Paragraphs 19 through 28 as though fully stated herein.

49. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

50. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

51. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

52. Denied.

53. Denied.

54. Defendant realleges its responses to Paragraphs 19 through 32 as though fully stated herein.

55. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

56. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

57. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

58. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

59. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

60. Denied.

61. Denied.

62. Admitted.

## Plaintiff's Prayer for Relief

Defendant denies Plaintiff is entitled to any relief.

## Affirmative Defenses

1. Defendant asserts, without admitting any liability, that any error was the result of a bona fide error despite Defendant's maintenance of reasonable procedures to prevent the error.

2. Defendant asserts, without admitting any liability, that Plaintiff's claims are barred in whole or in part by the applicable statute of limitations.

Dated: July 17, 2026

Respectfully submitted by:

*/s/ Dale T. Golden*
Dale T. Golden, Esq.
dgolden@mgl.law
Florida Bar No.: 94080
Martin Golden Lyons Watts Morgan PLLC
410 Ware Boulevard, Suite 806
Tampa, Florida
Counsel for Defendant

## Certificate of Service

The undersigned certifies that on this 15th day of July 2026 a true and correct copy of the foregoing document was forwarded via the Court's ECF system and email to pro se Plaintiff Benjamin Tarver at litigation@civilfilings.com.

*/s/ Dale T. Golden*
Dale T. Golden, Esq.